IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

National Roofing Industry  :
Pension Fund,
                               :
    Plaintiff,
                               :
  v.                          Case No. 2:05-cv-0139
                               :
Romig Roofing Company,      JUDGE SMITH
                               :
    Defendant.

<u>ORDER</u>

There having been no response to the Court's order of January 5, 2006 directing plaintiff to show cause on or before January 20, 2006 why this case should not be dismissed, this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

                                       /s/ George C. Smith
                                       George C. Smith
                                       United States District Judge